# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT WORKMAN, ) | |
| ) | |
| Petitioner, ) | Civil Action No. 13-340E |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | Magistrate Judge Susan Paradise Baxter |
| ATTORNEY GENERAL OF THE ) | |
| STATE OF PENNSYLVANIA, ) | |
| ) | |
| Respondent. ) | |

## **MEMORANDUM ORDER**

On November 18, 2013, this case was referred to United States Magistrate Judge Susan Paradise Baxter for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On November 21, 2013, the Magistrate Judge issued a Report (Doc. 3) recommending that Petitioner's writ of habeas corpus under 28 U.S.C. § 2254 be dismissed as an unauthorized second or successive petition, and that a certificate of appealability be denied. Service of the Report and Recommendation was made on Petitioner, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

For the reasons stated in Magistrate Judge Baxter's Report and Recommendation dated November 21, 2013 (Doc. 3), which hereby is adopted as the Opinion of the District Court, the petition for a writ of habeas corpus is second or successive, and is dismissed for lack of jurisdiction; and a certificate of appealability is denied.

IT IS SO ORDERED.


December 16, 2013                              s\Cathy Bissoon
                                               Cathy Bissoon
                                               United States District Judge



cc (via First-Class U.S. Mail):

Robert Workman
AT-0848
SCI Mahanoy
301 Morea Road
Frackville, PA  17932